UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALKER, | No. 2:14-cv-2064 CKD P |
| Plaintiff, | |
| v. | ORDER |
| WHITING, et al., | |
| Defendants. | |

Plaintiff, a Nevada state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

/////

/////

/////

1

1 | failure to comply with this order will result in a recommendation that this action be dismissed
2 | without prejudice.
3 | Dated: September 10, 2014

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mp
Walk2064.3c.new