UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALKER,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>WHITING, et al.,<br><br>　　　　　　Defendants. | No.  2:14-cv-2064 TLN CKD P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On March 16, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on March 16, 2015, are adopted in full; and
2. Defendant Massa's Motion to Dismiss (ECF No. 23) is granted and Massa is dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:  April 24, 2015

Troy L. Nunley
United States District Judge