UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALKER, | No. 2:14-cv-2064 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| WHITING, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to complete discovery. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's May 4, 2015 motion for an extension of time (ECF No. 35) is granted in part;

2. Plaintiff is granted an extension of time until July 10, 2015 in which to complete discovery;

3. The Discovery and Scheduling Order (ECF No. 24) is further modified as follows: Motions to compel discovery are due July 24, 2015. All other pretrial motions shall be filed on or before October 16, 2015; and

////

////

////

4. Defendant's motion to compel (ECF No. 34) is denied without prejudice to renewal.

Dated: May 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/walk2064.mod