UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALKER, | No. 2:14-cv-2064 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| WHITING, et al., | |
| Defendants. | |

Plaintiff has filed a motion to modify the scheduling order so as to serve discovery requests on defendant Lee. (ECF No. 44.) As this defendant has not yet been served with the operative complaint, plaintiff's motion will be denied without prejudice to renewal. If and when service is effected on defendant Lee, the court will modify the discovery schedule as needed with regard to this defendant.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to modify the scheduling order (ECF No. 44) is denied without prejudice to renewal.

Dated: June 1, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/walk2064.mod