|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

JOHN WALKER,

        Plaintiff,

  v.

WHITING, et al.,

        Defendant.

No. 2:14-cv-2064 TLN CKD P

<u>ORDER</u>

      On August 17, 2015, plaintiff and defendants Blanco, Johns, Whiting, and Bilgera filed a stipulation to dismiss this action with prejudice pursuant to a settlement agreement. (ECF Nos. 49, 50.) Previously, service of the complaint was ordered on named defendant Lee. (ECF No. 45.) No later than fourteen days from the date of this order, plaintiff shall notify the Court whether he also intends to dismiss this action with prejudice as to the unserved defendant.

      IT IS SO ORDERED.

Dated: August 20, 2015

                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

2/walk2064.clar